apt prayer for relief, especially since that obligation on the guaranty was allowed to stand undenied when contained in the original complaint. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

Rose Watman, Respondent, v. Singer Arms Realty Corporation, Appellant, and Colonial Mantel and Refrigerator Company, Defendant.— Order denying motion to vacate or modify notice of examination before trial affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice before the official named and at the time and place stated in the order. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

In the Matter of the Application of Meyer Chizner, Respondent, for a Certiorari Order against William E. Walsh and Others, Constituting the Board of Standards and Appeals of the City of New York, Appellants.— Motion to dismiss appeal granted on consent and appeal dismissed, without costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

In the Matter of the Application of Meyer Chizner, Respondent, for a Certiorari Order against William E. Walsh and Others, Constituting the Board of Standards and Appeals of the City of New York, Appellants.— Motion to dismiss appeal granted on consent and appeal dismissed, without costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

In the Matter of the Application of Bessie Levine, as Administratrix, etc., of Meyer Levine, Deceased, to Discover Certain Property of Said Deceased Claimed to Be Withheld. Jacob Solnick, Appellant; Bessie Levine, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

In the Matter of the Probate of the Last Will and Testament of Mary Reilly, Deceased.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

Jaystock Amusement Corporation, Appellant, v. John A. Fay, as President of the International Alliance of Theatrical Stage Employees, Local No. 4, etc., and Others, Respondents.— Motion for stay denied upon condition that respondents consent to proceed to trial on October fifteenth with the consent of the justice presiding at Special Term. Should respondents fail so to consent the motion is granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

J. H. & S. Theatres, Inc., Appellant, v. John A. Fay, as President of the International Alliance of Theatrical Stage Employees, Local No. 4, etc., and Others, Respondents.— Motion for stay denied upon condition that respondents consent to proceed to trial on October fifteenth with the consent of the justice presiding at Special Term. Should respondents fail so to consent the motion is granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

The People of the State of New York, Respondent, v. Joseph L. Sheldon, Appellant.— Motion for enlargement of time granted upon condition that the appellant perfect the appeal for the November term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.